## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEVIN S. HOOD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 2:11-cv-02205-DJW |
| GARMIN INTERNATIONAL, INC., | ) |
| | ) Removed from the District Court |
| Defendant. | ) of Johnson County, Kansas |
| | ) Case No. 11-CV02249 |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Kevin S. Hood and Defendant Garmin International, Inc., and by stipulation, hereby mutually dismiss all claims in this action with prejudice, each party to bear their own costs.

Respectfully Submitted,

**LAW OFFICES OF ALBERT F. KUHL**

*/s/ Albert F. Kuhl*
Albert F. Kuhl, #12478
15700 College Boulevard, Suite 200
Lenexa, KS 66219
913.438.2760 *(telephone)*
913.327.8492 *(facsimile)*
al@kuhllaw.com

**ATTORNEYS FOR PLAINTIFF**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Kerri S. Reisdorff*
Kerri S. Reisdorff, #19709
Justin M. Dean, #19636
Park Central Plaza
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
816.471.1301 *(telephone)*
816.471.1303 *(facsimile)*
kerri.residorff@ogletreedeakins.com
justin.dean@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

10780550.1 (OGLETREE)